## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**FONTAINE L. BAKER, SR.,**

    **Plaintiff,**

    v.                                                  Case No. 14-CV-75

**ROBERT HUMPHREY, CORNELL BARRY,
MR. FELBHER, MICHAEL WITT,
SUE NEIL, SUE NYGREN,
JOHN DUNHAM, MICHAEL HOWARD,
ADAM GEGARE, MICHAEL IVY,
ANTHONY WALKER, BRIAN FABUS,
and SCOTT SLOME,**

    **Defendants.**

---

## DECISION AND ORDER

Plaintiff has filed a motion to amend the complaint to correct the names of certain defendants and add defendants involved in his claim. The substance of the complaint is the same. Upon due consideration, plaintiff's motion will be granted. See Fed. R. Civ. P. 15(a).

**THEREFORE, IT IS ORDERED** that plaintiff's motion to amend the complaint (Docket # 34) is **GRANTED**. The proposed amended complaint is the operative complaint in this action.

**IT IS FURTHER ORDERED** that pursuant to an informal service agreement between the Wisconsin Department of Justice and this court, copies of plaintiff's amended complaint and this order are being electronically sent today to the Wisconsin Department of Justice for service on the new defendant, Carl Witkowski.

**IT IS ALSO ORDERED** that, pursuant to the informal service agreement between the Wisconsin Department of Justice and this court, defendants shall file a responsive pleading to the amended complaint within sixty days of receiving electronic notice of this order.

Dated at Milwaukee, Wisconsin, this 15th day of July, 2014.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge