# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**FONTAINE L. BAKER, SR.,**

    **Plaintiff,**

    v.                                                                Case No. 14-CV-75

**ROBERT HUMPHREY, CORNELL BARRY,
MR. FELBHER, MICHAEL WITT,
SUE NEIL, SUE NYGREN,
JOHN DUNHAM, MICHAEL HOWARD,
ADAM GEGARE, CARL WITKOWSKI,
MICHAEL IVY, ANTHONY WALKER,
BRIAN FABUS, and SCOTT SLOME,**

    **Defendants.**

## DECISION AND ORDER

Plaintiff has filed a renewed motion for recruitment of pro bono counsel. By this motion, he asserts that he has satisfied the threshold requirement of trying to find an attorney on his own. Additionally, plaintiff states that he suffers from psychiatric conditions for which he is confined at the Wisconsin Resource Center and that such conditions may interfere with his ability to litigate his case. Plaintiff's Eighth Amendment medical care claim is based on allegations that defendants failed to treat his keratitis and corneal vacularzation eye conditions. This claim is complex and defendants recently filed an extensive motion for summary judgment. Based on these factors, I find that plaintiff requires a pro bono attorney. Accordingly, I will grant his motion and attempt to recruit an attorney to represent him.

Plaintiff has also filed a motion for extension of time to conduct discovery and a motion to compel. I will deny these motions without prejudice based on my decision to recruit counsel.

Finally, plaintiff will not be required to respond to defendants' motion for summary judgment at this time. Once an attorney is recruited, I will allow additional time for discovery if warranted and I will set a deadline for plaintiff's response to defendants' summary judgment motion.

**THEREFORE, IT IS ORDERED** that plaintiff's motion to appoint counsel (Docket 47) is **GRANTED**. The court will attempt to recruit a pro bono attorney to represent plaintiff.

**IT IS FURTHER ORDERED** that plaintiff's motion for extension of time (Docket 50) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's motion to compel (Docket 50) is **DENIED WITHOUT PREJUDICE**.

Dated at Milwaukee, Wisconsin, this 12th day of December, 2014.

                                                    s/ Lynn Adelman
                                                    _____
                                                    LYNN ADELMAN
                                                    District Judge